# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LUCINDA A. CARDINALE AND IOLA HUGNEY, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED | : No. 150 WAL 2017<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| v. | : |
| R.E. GAS DEVELOPMENT, LLC, AND REX ENERGY CORPORATION | : |
| PETITION OF: R.E. GAS DEVELOPMENT, LLC, AND REX ENERGY CORPORATION | : |
| MARY R. BILLOTTE, ON BEHALF OF HERSELF AND ON BEHALF OF ALL THOSE SIMILARLY SITUATION | : No. 151 WAL 2017<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| v. | : |
| R.E. GAS DEVELOPMENT, LLC, AND REX ENERGY CORPORATION | : |
| PETITION OF: R.E. GAS DEVELOPMENT, LLC, AND REX ENERGY CORPORATION | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.